```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
    FEB 2 2 2012
JAMES W. McCORMACK, CLERK
By:_____
              DEP CLERK
```

Filed: 02/17/12
U.S. District Court
East Dist. of MI Detroit

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AUTOMOTIVE WIRE HARNESS
SYSTEMS ANTITRUST LITIGATION                                         MDL No. 2311

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO−1)**

On February 7, 2012, the Panel transferred 1 civil action(s) to the United States District Court for the Eastern District of Michigan for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2012). Since that time, no additional action(s) have been transferred to the Eastern District of Michigan. With the consent of that court, all such actions have been assigned to the Honorable Marianne O Battani.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Michigan and assigned to Judge Battani.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Michigan for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Marianne O Battani.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Michigan. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

```
Inasmuch as no objection is
pending at this time, the
stay is lifted.

    Feb 17, 2012

    CLERK'S OFFICE
     UNITED STATES
    JUDICIAL PANEL ON
 MULTIDISTRICT LITIGATION
```

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that the foregoing is a true copy of the original on file in this office.

Clerk, U.S. District Court
Eastern District of Michigan

By *Sarah Schoenherr*
Deputy Clerk

IN RE: AUTOMOTIVE WIRE HARNESS SYSTEMS ANTITRUST LITIGATION MDL No. 2311

### SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| **ALABAMA SOUTHERN** | | | | |
| ALS | 1 | 11-00696 | Sirmon et al v. Delphi Automotive LLP et al | 12-10675 |
| **ARKANSAS EASTERN** | | | | |
| ARE | 4 | 11-00757 | Landers Auto Group Number One Inc v. Delphi Automotive Systems LLC et al | 12-10676 |
| **CALIFORNIA NORTHERN** | | | | |
| CAN | 3 | 11-05057 | Nicoud v. Furukawa Electric Company LTD et al | 12-10677 |
| CAN | 3 | 11-05477 | Budner et al v. Delphi Automotive LLP et al | 12-10678 |
| CAN | 3 | 12-00258 | Maravilla et al v. Delphi Automotive LLP et al | 12-10679 |
| CAN | 4 | 11-05301 | Kelly et al v. Delphi Automotive LLP et al | 12-10680 |
| **DISTRICT OF COLUMBIA** | | | | |
| DC | 1 | 11-01892 | MARTENS CARS OF WASHINGTON INC. v. FURUKAWA ELECTRIC CO., LTD. et al | 12-10681 |
| **LOUISIANA EASTERN** | | | | |
| LAE | 2 | 11-03177 | Muscara v. Delphi Automotive, LLP et al | 12-10682 |
| LAE | 2 | 12-00003 | Brock et al v. Delphi Automotive, LLP et al | 12-10683 |
| LAE | 2 | 12-00048 | Keifer v. Delphi Automotive, LLP et al | 12-10684 |
| LAE | 2 | 12-00062 | Byrne et al v. Delphi Automotive, LLP et al | 12-10685 |
| LAE | 2 | 12-00171 | Josefsberg v. Delphi Automotive, LLP et al | 12-10686 |
| **MINNESOTA** | | | | |
| MN | 0 | 11-03092 | Superstore Automotive, Inc. v. Delphi Automotive, LLP et al | 12-10687 |
| **MISSISSIPPI SOUTHERN** | | | | |
| MSS | 3 | 11-00647 | | 12-10688 |

|   |   |   |   |   |
|---|---|---|---|---|
|   |   |   | Hammett Motor Company, Inc. v. Delphi Automotive LLP et al |   |

PUERTO RICO

| PR | 3 | 11–02176 | Crespo v. Delphi Automotive LLP et al | 12-10689 |
|---|---|---|---|---|

WEST VIRGINIA SOUTHERN

| WVS | 5 | 12–00079 | Nickell v. Delphi Automotive LLP | 12-10690 |
|---|---|---|---|---|